IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

DOCKET NO. 5:17-CR-63-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Julio Limon ) | |

    Comes Matthew A. Fmura, U.S. Probation Officer, who shows the court that Julio Limon appeared before the Honorable Louise W. Flanagan, U.S. District Judge, on October 5, 2017, and pursuant to an earlier plea of guilty to Distribution or Possession With the Intent to Distribute a Quantity of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced to custody of the Bureau of Prisons for a term of 74 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

    Julio Limon was released from custody on November 8, 2022, at which time the term of supervised release commenced.

    On July 21, 2023, a Motion for Revocation was submitted alleging violation conduct. A warrant was issued on July 25, 2023.

    On August 6, 2023, the defendant was found deceased by the Nash County Sheriff's Office of an apparent suicide. The Warrant for Arrest had not yet been served. It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation and Warrant for Arrest before the Court this date.

    **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation and Warrant for Arrest filed on July 25, 2023, be withdrawn and the term of supervised release terminated.

    This the   10th   day of       August       , 2023

Louise W. Flanagan
U.S. District Judge